UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 10-CR-287

RONALD PIPKORN,

    Defendant.

___

## FINAL ORDER AND JUDGMENT

___

The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Brian J. Resler, and being satisfied that the terms and provisions of Title 18, United States Code, Section 924(d) have been satisfied,

IT IS ORDERED, pursuant to Title 18, United States Code, Section 924(d) and Title 21, United States Code, Section 853, that the United States of America has clear title to the following properties and may dispose of the properties according to law:

1.     A Hi Point model C 9mm handgun, bearing serial number P038840;

2.     A Remington 1100 12-gauge shotgun, bearing serial number M696558V; and

3.     Approximately 750 rounds of various calibers of ammunition.

Dated at Milwaukee, Wisconsin, this 19th day of November 2011.

                                          s/ Lynn Adelman

                                          _____
                                          HONORABLE LYNN ADELMAN
                                          United States District Judge